**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

    VS                                   CASE NO.  5:06cv258/MCR/AK

PROCEEDS UP TO $19,513.23 IN
ACCOUNT NO. 7021644450 IN FIFTH
THIRD BANK, CINCINNATI, OHIO,

**REFERRAL AND ORDER**

Referred to Judge Rodgers on       May 11, 2007
Type of Motion/Pleading: MOTION AND MEMORANDUM FOR STAY OF PROCEEDINGS
Filed by: PLAINTIFF     on 5/10/07     Document 13
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                    on _____ Doc.# _____
                                    on _____ Doc.# _____
                                    WILLIAM M. McCOOL, CLERK OF COURT

                                    /s/ Teresa Cole
                                    Deputy Clerk: Teresa Cole

**ORDER**

     Upon consideration of the foregoing, it is ORDERED this 11th day of May, 2007, that:

     The requested relief is GRANTED.

                                    s/ *M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **UNITED STATES DISTRICT JUDGE**